**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>David N George<br>Geovonda M Walker<br>　　　　Debtor(s) | Case No. 13-21934 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/25/2013, and was converted to chapter 13 on 09/18/2013.

2) The plan was confirmed on 01/28/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/30/2017.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $78,113.15 |
| Less amount refunded to debtor | $20.27 |

**NET RECEIPTS:** $78,092.88

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,905.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,249.70 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,154.70

Attorney fees paid and disclosed by debtor:   $595.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCATE GOOD SAMARITAN HOS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ANTOINETTE GEORGE | Priority | 9,977.47 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 23,223.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Priority | NA | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Priority | 850.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 27,692.89 | 28,871.94 | 28,871.94 | 1,387.74 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 787.95 | 787.95 | 37.35 | 0.00 |
| ATG CREDIT | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Barclays Bank Delaware | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BMW FINANCIAL SERVICES | Unsecured | 14,814.00 | NA | NA | 0.00 | 0.00 |
| BMW FINANCIAL SERVICES | Secured | 25,000.00 | 39,688.48 | 39,814.00 | 33,527.25 | 4,026.83 |
| CAP ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAP ONE | Unsecured | 1,990.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finan | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finan | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE RETAI SERVICES/MEN | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 1,187.00 | NA | NA | 0.00 | 0.00 |
| Chase- Bp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE C( | Secured | 34,000.00 | NA | NA | 31,977.95 | 0.00 |
| CHASE MANHATTAN MORTGAGE C( | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE C( | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE C( | Unsecured | 55,311.00 | NA | NA | 0.00 | 0.00 |
| CHRYSLER CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 651.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITIBANK USA | Unsecured | 651.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Collect Sys | Unsecured | 1,948.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 406.73 | 406.73 | 406.73 | 19.28 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | NA | NA | 0.00 | 0.00 |
| CR EVERGREEN III LLC | Unsecured | 639.00 | 639.02 | 639.02 | 30.29 | 0.00 |
| CREDIT ONE BANK | Unsecured | 639.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATL BK MACY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | NA | 536.56 | 536.56 | 25.43 | 0.00 |
| ED NAPLETON HONDA | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| FAMILY SUPPORT PYMT CNT | Priority | 9,812.22 | 9,977.47 | 9,977.47 | 0.00 | 0.00 |
| FIGI'S INC. | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GATEWAY FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB/JC Penny | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| GECRB/JC Penny | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GECRB/JC Penny | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| GECRB/JC Penny | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| GECRB/JC Penny | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB/JC Penny | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB/WALMART | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gemb/walmart | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 787.95 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,554.16 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 495.00 | 675.15 | 675.15 | 675.15 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 51.63 | 51.63 | 0.00 | 0.00 |
| J C PENNY | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| J C PENNY | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| JCPENNY | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATIONAI | Unsecured | 29,311.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATIONAI | Secured | 60,000.00 | 88,797.23 | 88,797.23 | 0.00 | 0.00 |
| Law Offices Of Mark Vajdik | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 453.09 | 453.09 | 21.48 | 0.00 |
| M3 FINANCIAL SVCS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| METABANK/FINGERHUT | Unsecured | 513.00 | NA | NA | 0.00 | 0.00 |
| METABANK/FINGERHUT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| METABANK/FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Meyer & Njus PA | Unsecured | 651.03 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Mo Chld Sprt | Priority | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Newport News/WFNB | Unsecured | 1,680.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 322.62 | 322.62 | 322.62 | 15.29 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 1,990.76 | 1,990.76 | 94.36 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,187.00 | 1,187.25 | 1,187.25 | 56.27 | 0.00 |
| PRINCIPAL FINANCIAL GROUP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PRINCIPAL FINANCIAL GROUP | Secured | 3,027.91 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 918.00 | 918.10 | 918.10 | 43.51 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 918.10 | NA | NA | 0.00 | 0.00 |
| Sanjay S Jutla, Esq | Unsecured | 28,871.94 | NA | NA | 0.00 | 0.00 |
| SEARS CREDIT CARDS | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBNA | Unsecured | 1,285.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBNA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SEARS/CBNA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ULTRA/CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $88,797.23 | $31,977.95 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $39,814.00 | $33,527.25 | $4,026.83 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$128,611.23** | **$65,505.20** | **$4,026.83** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $9,977.47 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $675.15 | $675.15 | $0.00 |
| **TOTAL PRIORITY:** | **$10,652.62** | **$675.15** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$36,415.65** | **$1,731.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $6,154.70 |
| Disbursements to Creditors | $71,938.18 |
| **TOTAL DISBURSEMENTS** : | **$78,092.88** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/27/2017          By: /s/ Tom Vaughn
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**